Daniel MELANCON, et al., Plaintiffs,

v.

AMOCO PRODUCTIONS COMPANY,
etc., Defendant-Appellant,

v.

BERAUD ENTERPRISES, INC., Third
Party Defendant-Appellee.

No. 86–4491.

United States Court of Appeals,
Fifth Circuit.

March 22, 1988.

John O. Charrier, Jr., New Orleans, La.,
for defendant-appellant.

Richard A. Chopin, Thomas M. Richard,
Metairie, La., for third-party defendant-appellee.

Before REAVLEY, WILLIAMS, and
HIGGINBOTHAM, Circuit Judges.

ON PETITION FOR REHEARING

(Opinion Jan. 6, 1988, 5th Cir.1988,
834 F.2d 1238)

PER CURIAM:

IT IS ORDERED that the petition for
rehearing filed in the above entitled and
numbered cause be and the same is hereby
GRANTED for the sole purpose of amending the last paragraph before the VI Conclusion on page 1184 of the slip opinion
[834 F.2d 1248] Amoco is not entitled to the
costs incurred in establishing its indemnity
claim against Beraud. "[T]he indemnitee
may not recover those costs and expenses
incurred simply establishing the indemnitees [sic] right to indemnification from the
indemnitors." *State v. Laconco, Inc.*, 430
So.2d 1376, 1385 (La..App. 1 Cir.1983); *see
also Dow Chemical Co. v. M/V ROBERTA
TABOR*, 815 F.2d 1037, 1046 (5th Cir.1987).
The last sentence of Section V opinion will
now read:

We remand to the district court for determination of Amoco's expenses in defending against the Melancon suit.

In all other respects the motion for rehearing is DENIED.